Attachment A

|   | DESCRIPTION |
|---|---|
| 1 | Remington Arms Company Inc. 1100 Shotgun CAL:12 SN:L878503V |
| 2 | Kimber Micro 9 Pistol CAL:9 SN:PB0136711 |
| 3 | COLT 1908 Pistol CAL:25 SN:130149 |
| 4 | RUGER 10/22 Rifle CAL:22 SN:236-36608 |
| 5 | RUGER 10/22 Ruger CAL:22 SN:239-49140 |
| 6 | WINCHESTER 290 Rifle CAL:22 SN:283387 |
| 7 | WINCHESTER 1200 Shotgun CAL:20 SN:L809946 |
| 8 | REMINGTON ARMS COMPANY, INC. 6 Rifle CAL:22 SN:265809 |
| 9 | BROWNING SA-22 Rifle CAL:22 SN:02085NM146 |
| 10 | SAVAGE Unknown Rifle CAL:22 SN:None |
| 11 | SAVAGE Unknown Rifle CAL:22 SN:None |
| 12 | SAVAGE Unknown Rifle CAL:22 SN:984 |
| 13 | SAVAGE Unknown Rifle CAL:22 SN:None |
| 14 | Unknown Unknown Shotgun CAL:Unknown SN:X5774 |
| 15 | UNKNOWN UNKNOWN MACHINEGUN CAL:ZZ SN:NONE |
| 16 | COLT TROOPER MKIII Revolver CAL:357 SN:14822L |
| 17 | UNKNOWN UNKNOWN Machinegun CAL:ZZ SN:NONE |
| 18 | UNKNOWN UNKNOWN Machinegun CAL:ZZ SN:NONE |
| 19 | GLOCK INC. 22 Pistol CAL:40 SN:HRS494 |
| 20 | UNKNOWN UNKNOWN Machinegun CAL:UNKNOWN SN:UNKNOWN |
| 21 | WINCHESTER 94 RIFLE CAL:30-30 SN:2135740 |
| 22 | WINCHESTER 94 RIFLE CAL:30-30 SN:2489820 |
| 23 | WINCHESTER 94 RIFLE CAL:Unknown SN:2475373 |
| 24 | BROWNING UNKNOWN RIFLE CAL:22 SN:3T64873 |
| 25 | BROWNING UNKNOWN RIFLE CAL:22 SN:18214 |
| 26 | REMINGTON ARMS COMPANY, INC. 121 RIFLE CAL:22 SN:174180 |
| 27 | REMINGTON ARMS COMPANY, INC 121 RIFLE CAL:22 SN:108193 |
| 28 | WINCHESTER 94 RIFLE CAL:Unknown SN:1483709 |
| 29 | SAVAGE Unknown RIFLE CAL:300 SN:419234 |
| 30 | RUGER NEW BEARCAT REVOLVER CAL:22 SN:93-68124 |
| 31 | MARLIN FIREARMS CO. 336CS RIFLE CAL:35 SN:13058266 |
| 32 | WALTHER P38 PISTOL CAL:ZZ SN:348699 |
| 33 | MARLIN FIREARMS CO. 336A RIFLE CAL:30-30 SN:J14894 |
| 34 | RUGER New Model Blackhawk REVOLVER CAL:ZZ SN:520-03667 |
| 35 | REMINGTON ARMS COMPANY, INC. 700 RIFLE CAL:338 SN:E6563854 |
| 36 | RUGER SINGLE SIX REVOLVER CAL:22 SN:268-34071 |
| 37 | MARLIN FIREARMS CO. 1895 RIFLE CAL:45-70 SN:26094712 |
| 38 | RUGER MARK I PISTOL CAL:22 SN:13-76451 |
| 39 | WINCHESTER 9422 XTR RIFLE CAL:22 SN:F361318 |

| | |
|---|---|
| 40 | WINCHESTER 9422M RIFLE CAL:22 SN:F74454 |
| 41 | WINCHESTER 9422 RIFLE CAL:22 SN:F272405 |
| 42 | HENRY REPEATING RIFLE COMPANY Unknown RIFLE CAL:357 SN:BBS014815M |
| 43 | SAVAGE Unknown RIFLE CAL:22 SN:None |
| 44 | MOSSBERG Unknown RIFLE CAL:22-250 SN:918962 |
| 45 | HENRY REPEATING RIFLE COMPANY Unknown RIFLE CAL:22 SN:GB567697 |
| 46 | WINCHESTER 70 RIFLE CAL:30-06 SN:G1185551 |
| 47 | HENRY REPEATING RIFLE COMPANY Unknown RIFLE CAL:22 SN:GB074743 |
| 48 | RUGER MARK II PISTOL CAL:22 SN:223-33062 |
| 49 | SMITH & WESSON 586 REVOLVER CAL:357 SN:NONE |
| 50 | RUGER SINGLE SIX REVOLVER CAL:22 SN:20-93000 |
| 51 | RUGER MARK II PISTOL CAL:22 SN:224-95427 |
| 52 | RUGER BLACKHAWK REVOLVER CAL:ZZ SN:138194 |
| 53 | MARLIN FIREARMS CO 1894 RIFLE CAL:357 SN:20117665 |
| 54 | MARLIN FIREARMS CO 336RC RIFLE CAL:30-30 SN:AD20516 |
| 55 | MARLIN FIREARMS CO 336RC RIFLE CAL:30-30 SN:AD36552 |
| 56 | HENRY REPEATING RIFLE COMPANY UNKNOWN RIFLE CAL:ZZ SN:V043184H |
| 57 | MARLIN FIREARMS CO 1894 RIFLE CAL:44 SN:18115986 |
| 58 | MARLIN FIREARMS CO 336 RIFLE CAL:35 SN:27056340 |
| 59 | UNKNOWN UNKNOWN REVOLVER CAL:UNKNOWN SN:J14181 |
| 60 | LLAMA (GABILONDO & CIA) UNKNOWN REVOLVER CAL:22 SN:S813713 |
| 61 | RUGER BLACKHAWK REVOLVER CAL:357 SN:30-31500 |
| 62 | HARRINGTON AND RICHARDSON UNKNOWN REVOLVER CAL:22 SN:T50220 |
| 63 | RUGER SINGLE SIX REVOLVER CAL:22 SN:60-90170 |
| 64 | MARLIN FIREARMS CO 60SB RIFLE CAL:22 SN:22353J |
| 65 | COLT TROOPER MKV REVOLVER CAL:357 SN:18136V |
| 66 | HENRY REPEATING RIFLE COMPANY UNKNOWN RIFLE CAL:22 SN:GB761680 |
| 67 | RUGER SINGLE SIX REVOLVER CAL:22 SN:559690 |
| 68 | WINCHESTER 94 RIFLE CAL:30-30 SN:NRA34991 |
| 69 | RUGER 10/22 RIFLE CAL:22 SN:0008-79565 |
| 70 | MARLIN FIREARMS CO 60 RIFLE CAL:22 SN:MM907756G |
| 71 | HENRY REPEATING RIFLE COMPANY UNKNOWN RIFLE CAL:22 SN:GB828857 |
| 72 | MARLIN FIREARMS CO GOLDEN 39A RIFLE CAL:22 SN:68107399 |
| 73 | MARLIN FIREARMS CO GOLDEN 39M RIFLE CAL:22 SN:24216272 |
| 74 | RUGER 10/22 RIFLE CAL:22 SN:0021-68617 |

| | |
|---|---|
| 75 | RUGER 10/22 RIFLE CAL:22 SN:251-18551 |
| 76 | MARLIN FIREARMS CO 39 RIFLE CAL:22 SN:7182133 |
| 77 | RUGER 10/22 RIFLE CAL:22 SN:0024-38964 |
| 78 | MARLIN FIREARMS CO 39A RIFLE CAL:22 SN:M1071 |
| 79 | RUGER 10/22 RIFLE CAL:22 SN:0002-64967 |
| 80 | MARLIN FIREARMS CO GOLDEN 39A MOUNTIE RIFLE CAL:11 SN:521030 |
| 81 | RUGER 22/45 PISTOL CAL:22 SN:224-64366 |
| 82 | RUGER SINGLE SIX REVOLVER CAL:22 SN:441220 |
| 83 | RUGER MINI 14 RIFLE CAL:223 SN:183-26562 |
| 84 | TAURUS INTERNATIONAL 82 REVOLVER CAL:38 SN:UK916542 |
| 85 | MARLIN FIREARMS CO 39A RIFLE CAL:22 SN:H19053 |
| 86 | TAURUS INTERNATIONAL 94 REVOLVER CAL:22 SN:BT47343 |
| 87 | MARLIN FIREARMS CO GOLDEN 39M RIFLE CAL:22 SN:11145001 |
| 88 | ORBEA LA INDUSTRIAL REVOLVER CAL:32 SN:192789 |
| 89 | RUGER MINI 14 RIFLE CAL:556 SN:58517383 |
| 90 | UBERTI, ALDO 1875 OUTLAW REVOLVER CAL:45 SN:J09476 |
| 91 | MARLIN FIREARMS CO GOLDEN 39M RIFLE CAL:22 SN:V4189 |
| 92 | UNKNOWN  UNKNOWN  REVOLVER CAL:45 SN:J31252 |
| 93 | MARLIN FIREARMS CO GOLDEN 39M RIFLE CAL:22 SN:22258979 |
| 94 | MARLIN FIREARMS CO GOLDEN 39M RIFLE CAL:22 SN:6917993 |
| 95 | WINCHESTER 9422M RIFLE CAL:22 SN:F684053 |
| 96 | UBERTI, ALDO 1866 RIFLE CAL:UNKNOWN SN:41714 |
| 97 | HENRY REPEATING RIFLE COMPANY H004S SILVER BOY RIFLE CAL:22 SN:SE002499M |
| 98 | WINCHESTER 94 RIFLE CAL:30-30 SN:64684 |
| 99 | WINCHESTER 94 RIFLE CAL:30-30 SN:WC107138 |
| 100 | WINCHESTER 94 RIFLE CAL:30-30 SN:GS59587 |
| 101 | WINCHESTER 94 RIFLE CAL:30-30 SN:GS5010 |
| 102 | WINCHESTER 94 RIFLE CAL:30-30 SN:GS71500 |
| 103 | HENRY REPEATING RIFLE COMPANY H014-308 RIFLE CAL:308 SN:308LP0548D |
| 104 | MARLIN FIREARMS CO. 336 RIFLE CAL:30-30 SN:ZG07997 |
| 105 | MARLIN FIREARMS CO. 336 RIFLE CAL:30-30 SN:ZG02048 |
| 106 | HENRY REPEATING RIFLE COMPANY H010BWL RIFLE CAL:45-70 SN:FFSBWL1170 |
| 107 | WINCHESTER 94 RIFLE CAL:30-30 SN:TR34457 |
| 108 | HENRY REPEATING RIFLE COMPANY Unknown RIFLE CAL:22 SN:25E000032 |
| 109 | WINCHESTER 94 RIFLE CAL:30-30 SN:WC73926 |
| 110 | HENRY REPEATING RIFLE COMPANY Unknown RIFLE CAL:22 SN:GB198441 |
| 111 | BERETTA, PIETRO S.P.A Unknown PISTOL CAL:Unknown SN:066764MC |

| | |
|---|---|
| 112 | AMERICAN DERRINGER CO Unknown DERRINGER CAL:22 SN:2233899 |
| 113 | UNKNOWN UNKNOWN REVOLVER CAL:UNKNOWN SN:03003 |
| 114 | NORTH AMERICAN ARMS NAA22 REVOLVER CAL:22 SN:L275789 |
| 115 | COBRA ENT./KODIAK IND. CLB38 DERRINGER CAL:38 SN:CT105052 |
| 116 | RUGER REDHAWK REVOLVER CAL:44 SN:502-70926 |
| 117 | RUGER SINGLE SIX REVOLVER CAL:22 SN:802154 |
| 118 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:86-45294 |
| 119 | RUGER SECURITY SIX REVOLVER CAL:357 SN:158-25192 |
| 120 | RUGER MARK III PISTOL CAL:22 SN:275-39093 |
| 121 | CZ (CESKA ZBROJOVKA) CZ97 BD PISTOL CAL:45 SN:B766411 |
| 122 | TAURUS INTERNATIONAL G3 PISTOL CAL:9 SN:ACA438698 |
| 123 | RUGER SR9C PISTOL CAL:9 SN:334-39359 |
| 124 | COLT Unknown PISTOL CAL:45 SN:DR36878 |
| 125 | SMITH & WESSON 1911 PISTOL CAL:Unknown SN:UFF6003 |
| 126 | F.LLI PIETTA, FABRICA D'ARMI UNKNOWN REVOLVER CAL:357 SN:E53919 |
| 127 | SIG-SAUER P220 ELITE PISTOL CAL:45 SN:G399452 |
| 128 | COLT LAWMAN REVOLVER CAL:357 SN:J37735 |
| 129 | COLT TROOPER REVOLVER CAL:357 SN:L44418 |
| 130 | SMITH & WESSON UNKNOWN REVOLVER CAL:22 SN:K591159 |
| 131 | COLT PYTHON REVOLVER CAL:357 SN:PY269291 |
| 132 | COLT PYTHON REVOLVER CAL:357 SN:PY233212 |
| 133 | COLT KING COBRA REVOLVER CAL:357 SN:RA288032 |
| 134 | COLT TROOPER REVOLVER CAL:38 SN:913202 |
| 135 | SMITH & WESSON UNKNOWN REVOLVER CAL:44 SN:AHP0018 |
| 136 | UBERTI, ALDO EL PATRON BELLEZA REVOLVER CAL:45 SN:N13297 |
| 137 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:DBJ4137 |
| 138 | COLT GOVERNMENT PISTOL CAL:UNKNOWN SN:GVO36392 |
| 139 | SMITH & WESSON 36 REVOLVER CAL:38 SN:AWC3705 |
| 140 | IVER JOHNSON UNKNOWN PISTOL CAL:9 SN:EP90019 |
| 141 | SMITH & WESSON 686 REVOLVER CAL:357 SN:AYE7465 |
| 142 | COLT GOVERNMENT PISTOL CAL:45 SN:GV224466 |
| 143 | SMITH & WESSON UNKNOWN REVOLVER CAL:38 SN:6D77858 |
| 144 | KIMBER CUSTOM II PISTOL CAL:45 SN:K689543 |
| 145 | KIMBER TEAM MATCH II PISTOL CAL:45 SN:K147499 |
| 146 | SMITH & WESSON UNKNOWN REVOLVER CAL:22 SN:15K9793 |
| 147 | COLT UNKNOWN PISTOL CAL:45 SN:RG08649 |
| 148 | COLT 1911 PISTOL CAL:45 SN:PRM019 |
| 149 | UNKNOWN UNKNOWN PISTOL CAL:22 SN:45759 |
| 150 | RUGER MARK III PISTOL CAL:22 SN:270-31301 |
| 151 | SIG-SAUER P320 PISTOL CAL:40 SN:58A030229 |

| | |
|---|---|
| 152 | RUGER MARK III PISTOL CAL:22 SN:274-82416 |
| 153 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:85-62581 |
| 154 | RUGER MARK II PISTOL CAL:22 SN:222-18252 |
| 155 | RUGER SUPER BLACKHAWK REVOLVER CAL:44 SN:84-52992 |
| 156 | KIMBER MICRO 9 PISTOL CAL:9 SN:P0119241 |
| 157 | RUGER MARK IV PISTOL CAL:22 SN:500563820 |
| 158 | BROWNING 1971 PISTOL CAL:380 SN:71N04317 |
| 159 | SMITH & WESSON 19 REVOLVER CAL:357 SN:9K68640 |
| 160 | SMITH & WESSON UNKNOWN REVOLVER CAL:UNKNOWN SN:C853972 |
| 161 | DEL-TON INC DTI-15 RIFLE CAL:556 SN:DTI-235522 |
| 162 | FOSTECH MFG, LLC (FOSTECH OUTDOORS) LITE 2.0 RIFLE CAL:ZZ SN:LITE0003617 |
| 163 | MATRIX AEROSPACE CORPORATION M556-SC RIFLE CAL:556 SN:SC556-11597 |
| 164 | UNKNOWN UNKNOWN RIFLE CAL:ZZ SN:X2679 |
| 165 | MOSSBERG 500A SHOTGUN CAL:12 SN:R079825 |
| 166 | WINCHESTER 1300 XTR SHOTGUN CAL:20 SN:LX036783 |
| 167 | WINCHESTER 1200 SHOTGUN CAL:20 SN:L954137 |
| 168 | RUGER MINI 14 RIFLE CAL:223 SN:181-42943 |
| 169 | RUGER AMERICAN RIFLE CAL:UNKNOWN SN:690347643 |
| 170 | WINCHESTER 1500 XTR SHOTGUN CAL:12 SN:NX029011 |
| 171 | MARLIN FIREARMS CO UNKNOWN SHOTGUN CAL:12 SN:A12109 |
| 172 | RUGER MINI 14 RANCH RIFLE RIFLE CAL:223 SN:580-24344 |
| 173 | RUGER 10/22 RIFLE CAL:22 SN:0013-97364 |
| 174 | RUGER 10/22 RIFLE CAL:22 SN:256-61977 |
| 175 | REMINGTON ARMS COMPANY, INC 514 RIFLE CAL:22 SN:NONE |
| 176 | UNKNOWN UNKNOWN RIFLE CAL:UNKNOWN SN:41942 |
| 177 | WINCHESTER 670A RIFLE CAL:243 SN:G164844 |
| 178 | SAVAGE AXIS RIFLE CAL:308 SN:HS14155 |
| 179 | WINCHESTER 74 RIFLE CAL:22 SN:93587 |
| 180 | REMINGTON ARMS COMPANY, INC. 1100 SHOTGUN CAL:12 SN:P044853V |
| 181 | MARLIN FIREARMS CO 81 RIFLE CAL:22 SN:NONE |
| 182 | COLT LIGHT RIFLE RIFLE CAL:30-06 SN:LR005572 |
| 183 | WINCHESTER UNKNOWN SHOTGUN CAL:12 SN:1702608 |
| 184 | HIGH STANDARD DOUBLE NINE REVOLVER CAL:22 SN:1187977 |
| 185 | WINCHESTER 1200 SHOTGUN CAL:20 SN:L924331 |
| 186 | WINCHESTER 77 RIFLE CAL:22 SN:NONE |
| 187 | WINCHESTER 1897 SHOTGUN CAL:12 SN:505850 |
| 188 | WINCHESTER 74 RIFLE CAL:22 SN:289884A |
| 189 | REMINGTON ARMS COMPANY, INC. 770 RIFLE CAL:308 SN:M71683023 |
| 190 | SMITH & WESSON 642 REVOLVER CAL:38 SN:CYR1708 |

| | |
|---|---|
| 191 | REMINGTON ARMS COMPANY, INC. UNKNOWN RIFLE CAL:UNKNOWN SN:523873 |
| 192 | SAVAGE STEVENS 124 SHOTGUN CAL:12 SN:NONE |
| 193 | SPRINGFIELD ARMORY,GENESEO,IL GARRISON PISTOL CAL:45 SN:NM779698 |
| 194 | MARLIN FIREARMS CO. 917V RIFLE CAL:17 SN:95609919 |
| 195 | MOSSBERG 500 SHOTGUN CAL:12 SN:T422925 |
| 196 | ITHACA GUN CO. 37 SHOTGUN CAL:12 SN:153108 |
| 197 | WINCHESTER 12 BLACK DIAMOND SHOTGUN CAL:12 SN:1838579F |
| 198 | 6 Rounds Assorted Ammunition CAL:9 |
| 199 | 19 Rounds PMC Ammunition CAL:357 |
| 200 | 232 Rounds Assorted Ammunition CAL:Multi |
| 201 | 15 Rounds ASSORTED Ammunition CAL:MULTI |
| 202 | 6 Rounds PMC Ammunition CAL:357 |
| 203 | 15 Rounds WINCHESTER-WESTERN Ammunition CAL:Multi |
| 204 | 2525 Rounds ASSORTED Ammunition CAL:MULTI |
| 205 | 123 Rounds ASSORTED Ammunition CAL:MULTI |
| 206 | 865 Rounds ASSORTED Ammunition CAL:MULTI |
| 207 | AMMUNITION QTY: 183, MNF: ASSORTED, CAL:MULTI |
| 208 | 30 Rounds WINCHESTER-WESTERN Ammunition CAL:30-30 |
| 209 | 8 Rounds UNKNOWN Ammunition CAL:22 |
| 210 | 5855 Rounds ASSORTED Ammunition CAL:MULTI |
| 211 | 2480 Rounds UNKNOWN Ammunition CAL:MULTI |
| 212 | 95 Rounds ASSORTED Ammunition CAL:MULTI |
| 213 | 6 Rounds ASSORTED Ammunition CAL:45 |
| 214 | 590 Rounds ASSORTED Ammunition CAL:MULTI |
| 215 | 34 Rounds ASSORTED Ammunition CAL:556 |
| 216 | 2880 Rounds ASSORTED Ammunition CAL:MULTI |
| 217 | 9 Rounds UNKNOWN Ammunition CAL:9 |
| 218 | 102 Rounds ASSORTED Ammunition CAL:** |
| 219 | 126 Rounds ASSORTED Ammunition CAL:MULTI |