

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**         **Matter to be Sealed**

Moniteau / Central                                 ☒ Secret Indictment
                                                   ☐ Juvenile

**Defendant Information**

Defendant Name: Aubrey Foxworthy

Alias Name:

Birth Date: 10/06/1943

**Related Case Information**

Superseding Indictment?   ☐ Yes   ☒ No   If yes, original case number: _____
New Defendant(s)?         ☐ Yes   ☒ No

Prior Complaint Case Number, if any: _____
Prior Target Letter Case Number, if any: _____
Forfeiture Case Number, if any: 2:25-cv-04048-BCW

**U.S. Attorney Information**

AUSA Maness, Aaron M.

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date: _____

☐ Currently in Federal Custody          **Writ Required?**      ☐ Yes  ☒ No
☐ Currently in State Custody            **Warrant Required?**   ☒ Yes  ☐ No
☐ Currently on Bond

**U.S.C. Citations**

Total # of Counts: 2

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:922A.F IMPORTING/MANUFACTURING FIREARMS | 1 |
| 2 | 26:5861D.F UNLAWFUL TO RECEIVE A FIREARM NOT REGISTERED | 2 |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 12/02/2024