IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**AUBREY FOXWORTHY**,

        Defendants.

No. 25-04021-01-CR-C-SRB

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through Jeffrey P. Ray, Acting United States Attorney for the Western District of Missouri, and requests that the Indictment returned in this case on April 8, 2025, be unsealed.

        Respectfully submitted,

        **Jeffrey P. Ray**
        Acting United States Attorney

By        /S/

        **Aaron M. Maness**
        Assistant United States Attorney
        Missouri Bar No. 63666